JAMES N. FINCHER SBN 196837
MERCED COUNTY COUNSEL
ROGER S. MATZKIND, 77331
CHIEF CIVIL LITIGATOR,
ROBERT D. GABRIELE SBN 61207
DEPUTY COUNTY COUNSEL
2222 "M" Street
Merced, California 95340
Telephone: (209) 385-7564
Facsimile: (209) 726-1337

Attorneys for County of Merced and Merced County Board of Supervisors

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KAREN CRANE-MCNAB, LLC; BERT CRANE ORCHARDS, L.P.; MARY CRANE COUCHMAN TRUST; and MARY CRANE COUCHMAN FAMILY PARTNERSHIP, L.P.,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF MERCED, and DOES 1 to 20,<br><br>Defendants. | CASE NO.<br><br>**NOTICE OF REMOVAL OF ACTION, UNDER 28 U.S.C. §1441(b) (FEDERAL QUESTION)**<br><br>**JURY TRIAL DEMANDED** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant, COUNTY OF MERCED, hereby removes to this court the state court action described below.

1. On June 26, 2008 an action was commenced in the Superior Court of the State of California in and for the County of Merced, entitled KAREN CRANE-MCNAB, LLC; BERT CRANE ORCHARDS, L.P.; MARY CRANE COUCHMAN TRUST; and

MARY CRANE COUCHMAN FAMILY PARTNERSHIP, L.P., Plaintiffs, vs. COUNTY OF MERCED, and DOES 1 to 20, defendants, as case number CU151353, attached hereto as Exhibit "A".

2. The first date upon which defendant received a copy of the said complaint was July 15, 2008, when defendant was served with a copy of the said complaint and a summons from the said state court. A copy of the summons is attached hereto as Exhibit "B".

3. This action is a civil action of which this court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this court by defendant pursuant to the provisions of 28 U.S.C. §1441(b) in that it arises under the 14th Amendment to the U.S. Constitution and 42 U.S.C.§ 1983 for the 1st cause of action and the 5th Amendment to the U.S. Constitution in the 5th cause of action.

4. This Court has pendant and supplemented jurisdiction on the 2nd, 3rd, 4th, 5th, 6th, 7th and 8th causes of action to the extent they present state claims pursuant to 28 U.S.C. § 1367.

5. There are no other named defendants who have been served with a summons and complaint. Therefore, there are no other defendants to join in this Notice of Removal.

6. Defendants demand trial by jury of all issues that can be so tried.

Dated: August 14, 2008

JAMES N. FINCHER
MERCED COUNTY COUNSEL

/s/ Robert D. Gabriele
DEPUTY COUNTY COUNSEL,
ATTORNEYS FOR COUNTY OF MERCED

Merced Co. Counsel
2222 M Street
Merced, CA 95340

Merced Co. Counsel
2222 M Street
Merced, CA 95340