IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN CRANE-MCNAB, LLC, et al., | CASE NO. CV F 08-1218 LJO SMS |
| Plaintiffs, | **ORDER TO DISMISS DEFENDANT'S MOTION** (Doc. 7) |
| vs. | |
| COUNTY OF MERCED, | |
| Defendant. | |

Defendant County of Merced ("County") moved to dismiss, pursuant to Fed. R. Civ. P. 12(b)(6), Plaintiffs' claims on the following grounds: (1) statute of limitations; (2) ripeness; (3) mootness; and (4) failure to comply with the California Tort Claims Act. In addition, County moved for a more definite statement of Plaintiffs' claims. Rather than oppose County's motion, Plaintiffs Karen Crane-McNab, LLC, Bert Crane Orchards, LP, Mary Crane Couchman Trust, and Mary Crane Couchman Family Partnership, LP (collectively "Plaintiffs") elected to file an amended complaint, pursuant to Fed. R. Civ. P. 15(a)(1). Docs. 10, 11.

An amended complaint supercedes a previous complaint rendering moot a motion to dismiss the original complaint. *See e.g., Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1991); *Bullen v. De Bretteville*, 239 F.2d 824, 833 (9th Cir. 1956) ("[A]n amended pleading supercedes the original, the latter being treated thereafter as non-existent.") Accordingly, this Court DISMISSES County's motion to dismiss VACATES the September 30, 2008 hearing.

IT IS SO ORDERED.

**Dated:   September 16, 2008**          /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE