IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN CRANE-MCNAB, LLC, et al., | CASE NO. CV F 08-1218 LJO SMS |
| Plaintiffs, | **ORDER REGARDING DEFENDANT'S THIRD MOTION TO DISMISS and MOTION TO STRIKE** (Docs. 31, 32) |
| vs. | |
| COUNTY OF MERCED, | |
| Defendant. / | |

On November 17, 2008, defendant County of Merced ("County") filed its Fed. R. Civ. P. 12(b)(6) motion to dismiss plaintiffs' inverse condemnation claim in plaintiffs' second amended complaint and related motion to strike. On December 3, 2008, plaintiffs' filed a motion to amend the complaint. Plaintiffs' motion to amend the complaint directly affects the pending motion to dismiss in that plaintiffs' move to amend the inverse condemnation claim. If the motion to amend, currently set before United States Magistrate Judge Sandra M. Snyder, is granted, the instant motion to dismiss will be moot but County may file a renewed motion to dismiss plaintiffs' third amended complaint. As a result, this Court cannot rule on the pending motions until plaintiffs' motion to amend is resolved. On the basis of good case, this Court:

    1.    HOLDS IN ABEYANCE County's motion to dismiss and motion to strike;

    2.    VACATES the December 23, 2008 hearing on County's motions; and

    3.    ORDERS County, no later than five (5) court days after the court files its order on plaintiffs' motion to amend its complaint, to either: (1) request to reset the hearing date

1     for these motions; (2) request to withdraw the pending motions; or (3) renew its motions
2     to dismiss and strike the third amended complaint. Failure to follow this Court's order
3     will result in dismissal of the pending motions.

5 IT IS SO ORDERED.

6 **Dated:   December 4, 2008**            /s/ Lawrence J. O'Neill
                                                  UNITED STATES DISTRICT JUDGE