1  Justin T. Campagne, #211825
   Wiley R. Driskill, #253913
2  Campagne, Campagne, & Lerner
   A Professional Corporation
3  Fresno Airport Office Center
   1685 North Helm Avenue
4  Fresno, California 93727
   Telephone:  (559) 255-1637
5  Facsimile: (559) 252-9617

6  Attorneys for Plaintiffs Karen Crane-McNab, LLC; Bert Crane Orchards, L.P.;
   Mary Crane Couchman Trust; and Mary Crane Couchman Family Partnership, L.P.
7

8              **UNITED STATES DISTRICT COURT**

9            **EASTERN DISTRICT OF CALIFORNIA,**

10                    **FRESNO DIVISION**

11  KAREN CRANE-MCNAB, LLC; BERT          ) Case No. 1:08-CV-01218-LJO-SMS
    CRANE ORCHARDS, L.P.; MARY            )
12  CRANE COUCHMAN TRUST; and             ) **JOINT STIPULATION TO CONTINUE**
    MARY CRANE COUCHMAN FAMILY            ) **FRCP RULE 16(b) SCHEDULING ORDER**
13  PARTNERSHIP, L.P.,                    ) **DATES AND  ORDER**
                                          )
14                    Plaintiffs,         )
                                          )
15            vs.                         )
                                          )
16  COUNTY OF MERCED, and DOES 1 to       )
    20,                                   )
17                                        )
                      Defendants.         )
18  _____ )

19  \\\

20  \\\

21  \\\

22  \\\

23  \\\

24  \\\

25  \\\

26  \\\

27  \\\

28  \\\

CAMPAGNE, CAMPAGNE & LERNER
A PROF. CORP.
AIRPORT OFFICE CENTER
1685 NORTH HELM AVENUE
FRESNO, CALIFORNIA 93727
TELEPHONE (559) 255-1637
FACSIMILE (559) 252-9617

JOINT STIPULATION TO CONTINUE FRCP RULE 16(b) SCHEDULING ORDER
DATES AND [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

ALL PARTIES OF RECORD HEREBY RECITE AND STIPULATE AS FOLLOWS:

## RECITALS

WHEREAS, on May 15, 2009, the parties to this matter submitted their Joint Scheduling Conference Report setting forth the various discovery, disclosure, and dispositive motion dates, as required pursuant to FRCP Rule 16(b);

WHEREAS, the parties now jointly agreed that to facilitate and complete full discovery and disclosure of said discovery, the dates currently set forth in the Joint Scheduling Conference Statement and the Court's Scheduling Conference Order issued pursuant thereto should be extended approximately forty-five (45) days;

## STIPULATIONS

NOW THEREFORE, IT IS HEREBY STIPULATED, by and between the parties to this action through their respective counsel of record as follows:

1.      The parties hereby adopt the aforementioned recitals, and hereby stipulate that dates set forth in the parties Joint Scheduling Conference Statement and in the Court's May 22, 2009 Scheduling Conference Order (Doc. No. 57) should be changed to the following dates:

| | | |
|---|---|---|
| 1. | Expert Disclosure Deadline (i.e., disclosing names, resumes and reports: | 05/24/10 |
| 2. | Supplemental Expert Disclosure Deadline (of names, resumes and reports): | 06/07/10 |
| 3. | Voluntary mediation before a mutually selected retired judge and/or before a district court magistrate other than assigned Magistrate Snyder: | 06/21/10-07/19/10 |
| 4. | Expert Discovery and Deposition (Completion) Deadline: | 07/19/10 |
| 5. | Non-Dispositive Motion Filing Deadline: | 08/01/10 |
| 6. | Non-Dispositive Hearing Date: *Friday's at | **09/03/10** * |

CAMPAGNE, CAMPAGNE & LERNER
A PROF. CORP.
AIRPORT OFFICE CENTER
1685 NORTH HELM AVENUE
FRESNO, CALIFORNIA 93727
TELEPHONE (559) 255-1637
FAX (559) 252-9617

JOINT STIPULATION TO CONTINUE FRCP RULE 16(b) SCHEDULING ORDER
DATES AND [PROPOSED] ORDER

Page 1

PDF created with pdfFactory trial version www.pdffactory.com

9:30a.m. before Judge Snyder (suggested date was a Tuesday, Sept. 7, 2010)

7. Dispositive Motion Filing Deadline:     09/07/10

8. Dispositive Hearing Date:     10/13/10

9. Settlement Conference Date: (was 9/13/2010) suggested date 11/01/2010     **10/25/10     at 10:30a.m.     Crtrm #7 (SMS)**

10. Pre-Trial Conference Date: (was 9/27/2010)     **11/15/10     at 8:30a.m.   Crtrm #4 (LJO)**

11. Trial Date (10 days): (was 11/30/2010) suggested date 1/17/2011 – Court Closed     **01/24/11     at 8:30a.m.   Crtrm #4 (LJO)**

Dated: 3/12/10                 Campagne, Campagne & Lerner, A Professional Corporation

By    /s/ Justin T. Campagne
Justin T. Campagne
Attorneys for Plaintiffs

Dated: 3/12/10                 County of Merced

By    /s/ Roger S. Matzkind
Roger S. Matzkind
Attorney for Defendant

**IT IS SO HEREBY ORDERED AS FOLLOWS:**

      1.     All dates currently set forth in the Court's May 22, 2009 Scheduling Order (Doc. No. 57) shall be rescheduled to those dates as set forth hereinabove;

Dated:   March 17, 2010           /s/ Sandra M. Snyder

                 **UNITED STATES MAGISTRATE JUDGE**

CAMPAGNE, CAMPAGNE & LERNER
A PROF. CORP.
AIRPORT OFFICE CENTER
1685 NORTH HELM AVENUE
FRESNO, CALIFORNIA 93727
TELEPHONE (559) 255-1637

JOINT STIPULATION TO CONTINUE FRCP RULE 16(b) SCHEDULING ORDER DATES AND [PROPOSED] ORDER        Page 2

PDF created with pdfFactory trial version www.pdffactory.com