**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**JUDGMENT IN A CIVIL CASE**

**KAREN CRANE−MCNAB, LLC, ET AL.,**

CASE NO: **1:08−CV−01218−WBS −SMS**

v.

**COUNTY OF MERCED,**

---

XX −− **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF 2/8/2011**

**Victoria C. Minor**
Clerk of Court

ENTERED: **February 8, 2011**

by: /s/ M. Marciel
Deputy Clerk