James N. Fincher, SBN 196837
Merced County Counsel
Roger S. Matzkind, SBN 77331
Chief Civil Litigator
James E. Stone, SBN 197803
Deputy County Counsel
2222 "M" Street, Room 309
Merced, California 95340
Tel - (209) 385-7564
Fax- (209) 726-1337

Attorneys for County of Merced

United States District Court

Eastern District of California

| | |
|---|---|
| Karen Crane-McNab, Bert Crane and Mary Crane Couchman., individuals; Karen Crane-McNab, LLC; Bert Crane Orchards, L.P.; Mary Crane Couchman Trust; and Mary Crane Couchman Family Partnership, L.P., <br><br> Plaintiffs, <br><br> vs. <br><br> County of Merced, and Does 1 to 20, <br><br> Defendants. | Case No. 1:08-CV-01218-WBS-SMS <br><br> Notice of Motion and Motion for Attorney's Fees Pursuant to 42 U.S.C. Section 1988; Memorandum of Points and Authorities and Declaration in Support Thereof <br> [To be heard concurrently with Motion for Sanctions] <br><br><br> Date: April 13, 2011 <br> Time: 10:30 a.m. <br> Courtroom: TBA |

To all parties and their attorneys of record:

Please take notice that on April 13, 2011, at 10:30 a.m. or as soon thereafter as the matter may be heard in Courtroom TBA of the United States District Court, Eastern District of California, located at 2500 Tulare Street, Fresno, CA 93721, Defendant, County of Merced, will move the court for an order granting an award of attorney's fees in the sum of $345,875 to $432,343.80, as the court deems reasonable, to Defendant, County of Merced, and against Plaintiffs.

Merced Co. Counsel
2222 M Street
Merced, CA 95340
Tel: (209) 385-7564

1

Motion for Attorney's Fees Pursuant to 42 U.S.C. Section 1988
Case No. 1:08-CV-01218-WBS-SMS

1  This motion will be made pursuant to 42 U.S.C. § 1988 on the ground that
2  Plaintiffs commenced a suit with full knowledge that it contained frivolous allegations and
3  causes of action, then continued to proceed with the suit with full knowledge that there was
4  no evidence to support the allegations and causes of action.
5  This motion is based on this Notice of Motion and Motion, the Memorandum of
6  Points and Authorities and declaration filed herewith, the records, pleadings and files
7  herein, on such matters of which the Court may take judicial notice and upon such other
8  matters as may be present to the Court at the time of the hearing.

Dated:  March 8, 2011    James N. Fincher
                         Merced County Counsel


                    By:    s/ Roger S. Matzkind
                           Roger S. Matzkind
                           Chief Civil Litigator
                           Attorneys for County of Merced

Merced Co. Counsel
2222 M Street
Merced, CA 95340
Tel: (209) 385-7564

2

Motion for Attorney's Fees Pursuant to 42 U.S.C. Section 1988
Case No. 1:08-CV-01218-WBS-SMS