# Exhibit A

James N. Fincher, SBN 196837
Merced County Counsel
Roger S. Matzkind, SBN 77331
Chief Civil Litigator
Marianne O. Greene, SBN 153376
Deputy County Counsel
2222 "M" Street, Room 309
Merced, California 95340
Tel - (209) 385-7564
Fax- (209) 726-1337

Attorneys for County of Merced

United States District Court

Eastern District of California

| | |
|---|---|
| Karen Crane-McNab, Bert Crane and Mary Crane Couchman., individuals; Karen Crane-McNab, LLC; Bert Crane Orchards, L.P.; Mary Crane Couchman Trust; and Mary Crane Couchman Family Partnership, L.P., <br><br>Plaintiffs, <br><br>vs. <br><br>County of Merced, and Does 1 to 20, <br><br>Defendants. | Case No. 1:08-CV-01218-WBS-SMS <br><br>Declaration of Roger S. Matzkind <br><br><br>**Date: April 13, 2011** <br>**Time: 10:30 a.m.** <br>**Courtroom: TBA** |

I, Roger S. Matzkind, declare:

1. I am an attorney at law duly licensed to practice before all of the Courts of the State of California and am the Chief Civil Litigator for the County of Merced and attorneys for the defendants herein.

2. Unless otherwise stated, all matters stated herein are based upon my personal knowledge, and if called upon, I could and would testify competently as to their veracity. Those matters stated to be based upon my information and beliefs are believed by me to be true.

3. Exhibits A through F to the accompanying memorandum of points and authorities are true and correct copies of what they purport to be.

1
Declaration of Roger S. Matzkind

4. The original Rule 11 motion was served on Plaintiffs on September 17, 2010. I also sent a letter, Ex. B to the supplemental points and authorities in support of the Rule 11 motion, to Plaintiffs' with the motion.

5. On December 18, 2009, I advised the Plaintiffs in open court at the hearing of a motion to compel a more complete statement of damages in accordance with Fed. R. Civ. P. 26 (a) (1) and Defendant's motion to amend answer that the case was appropriate for Rule 11 sanctions.

6. The Defendant's motion to compel a more complete statement of damages was denied, though the substantial merit of the motion was demonstrated during trial by the lack of evidence regarding damages.

7. Plaintiffs were provided initial and rebuttal expert reports from Mssrs. Pearson, Sullivan, McCready and Dr. Damian in accordance with Fed. R. C. P. 26, on May 24, 2010, and June 14, 2010, respectively. The reports not only showed the lack of VOC intrusion, but were very critical of Plaintiffs' experts and their methods. The same testimony was presented at trial.

8. Plaintiffs deposed Deidre Kelsey (an elected head of the Board of Supervisors) and Paul Fillebrown (the Public Works department head) regarding matters so irrelevant, Plaintiffs did not bother to introduce these witnesses, or anything about them, at trial.

9. On November 15, 2010, after the pretrial conference in the Federal Court in Fresno, Thomas Campagne, Justin Campagne, James Stone and I met in the courthouse hallway to determine if there would be any value to mediation. I had previously told Plaintiffs' counsel in writing that the County would not pay anything to settle the case, but that a mediator could explain to Plaintiffs their exposure to public entities. Thomas Campagne stated that Mr. Souther had opined the gas extraction system being installed would remedy any intrusion and that because of this, the trial would be 1 ½ days. Mr. Campagne asked if I could provide a copy of the BAI for the contract to document the work would be done. I told him there was no migration, but that I would provide the BAI,

1 which was public record.  Mr. Campagne also mentioned the 1 ½ day trial period in open
2 court at the pretrial conference before Judge O'Neill.

3     10.    I have spent 924.25 hours on this case, as documented at Exhibit 1 to this
4 declaration.  I have been licensed as an attorney by the State of California since
5 December, 1977.  While in law school, I was a certified law student, appearing in court,
6 and providing pro bono services to the community.  I was in private practice in Los
7 Angeles until 1979.  From the period 1979-1987, I was in "inactive" status with the State
8 Bar because I was on active duty in the U.S. Army as a judge advocate stationed outside
9 of California.  During this time, among other things, I prosecuted and defended
10 numerous criminal cases in Germany and New Jersey and then taught Constitutional Law
11 at the USMC, West Point.  I left active duty in 1987, returned to active status with the
12 State Bar and began practicing as a deputy district attorney in Stanislaus County, trying
13 felonies and misdemeanors.  Thereafter, I was in private practice for 20 years,
14 commencing in 1988, in Modesto, with a civil firm.  I have appeared in the courts of
15 approximately 25 counties within the state. My fee for business litigation at the time I
16 left private practice to become Chief Civil Litigator for Merced County in 2008 was
17 $300 per hour.  Prior to that time, I was informed by an accountant who performed a
18 survey for a motion for attorney fees by another firm, and I believe based on my own
19 knowledge, that I was undercharging among my peers.  I am peer reviewed rated "AV"
20 by Martindale Hubbell.  I am admitted to practice in the United States District Courts for
21 the Eastern, Northern, and Central Districts of California, as well as the United States
22 Supreme Court.  I have appeared before the Ninth Circuit Court of Appeal as well as the
23 First, Third, and Fifth Districts Court of Appeal, State of California.  In my opinion, a fee
24 of $300 per hour for my time in a complicated case such as this is more than reasonable
25 and below the market rate for the affected area for an attorney practicing for over 30
26 years.

27     11.    After the trial of the case at hand, I spoke with attorney Donald Fischbach
28 of the Fresno firm of Dowling Aaron & Keeling, whom I understand is a former

president of the State Bar. Mr. Fischbach opined that the range of $350-375 per hour would be a typical expected rate for a similar case for the chief attorney. Accordingly, a rate of $300 - $375 would be a reasonable hourly fee, the amount determined in the court's discretion.

12. I am also familiar with the rates charged for more junior attorneys in the Central Valley, which would include Stanislaus, Merced and Fresno Counties. I also opine, based on my experience, that $200-$250 per hour is a more than reasonable rate for the services of James Stone and Marianne Greene as "associate counsel" assisting in the preparation and trial of the case. Their declarations, filed with mine, support the time they necessarily spent on the case.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed at Merced, California, on March 8, 2011.

/s/ Roger S. Matzkind
Roger S. Matzkind

# Exhibit 1

# Roger S. Matzkind
# Karen Crane-McNab, LLC, et al. v. County of Merced

| Dated | Description | Time | Predominate Issue |
|---|---|---|---|
| 2/6/09 | Crane – teleconference w/ Judge Snyder re: clarification of court orders | .5 | |
| 2/20/09 | Crane – prepare motion to dismiss 3rd amended complaint, Fed. R. Civ. P. 12(b)(6) re: failure to exhaust administrative remedies for individual plaintiffs | .25 | Landfill |
| 2/25/09 | Crane – prepare motion to dismiss 3rd amended complaint re: failure to exhaust administrative remedies for individual plaintiffs | .25 | Landfill |
| 2/27/09 | Crane – prepare motion to dismiss 3rd amended complaint re: failure to exhaust administrative remedies for individual plaintiffs | 2.5 | Landfill |
| 3/13/09 | Crane – review opposition to motion to dismiss 3rd amended complaint | .25 | Landfill |
| 3/17/09 | Review Reply to Opposition to 12(b)(6) | .5 | Landfill |
| 3/19/09 | Prepare reply to opposition to motion to dismiss | 1.5 | Landfill |
| 3/20/09 | Prepare reply to opposition to motion to dismiss | 3.75 | Landfill |
| 3/23/09 | Final reply to opposition to motion to dismiss | .25 | Landfill |
| 3/24/09 | Review order on motion to dismiss | .5 | Landfill |
| 4/1/09 | Prepare answer to third amended complaint | 1.25 | Landfill |
| 4/2/09 | Prepare answer to third amended complaint | 1.25 | Landfill |
| 4/3/09 | Prepare and final answer to third amended complaint | .25 | Landfill |
| 4/29/09 | Review proposed joint scheduling conference statement | .25 | Both |
| 5/20/09 | Attend Joint Scheduling Conference | 3.75 | Both |
| 7/8/09 | Meeting at DPW with Kellie Jacobs, Paul Fillebrown and Bob Acker [MID] re: Castle Dam area; Site Visit | 3.5 | Castle Dam |
| 7/9/09 | Prepare initial disclosures and review documents/evidence | 5.25 | Both |
| 7/16/09 | Further prepare initial disclosures and review documents/evidence | 1.5 | Both |
| 7/17/09 | Further prepare initial disclosures and review documents/evidence | 1 | Both |
| 7/20/09 | Further prepare initial disclosures and review documents/evidence | .75 | Both |
| 7/21/09 | Review additional documents to provide to plaintiffs not provided with initial disclosure | .25 | Both |
| 7/22/09 | Receive and review plaintiffs' initial disclosure; LR: 26(a)(1) disclosures; Prepare letter to plaintiffs' counsel re: 26(a)(1) disclosure and defects in disclosure | 7.25 | Both |
| 7/29/09 | Attn to Discovery | .5 | Both |

| 7/31/09 | Attn to discovery; LR: disclosures | 1.25 | Both |
|---------|-----------------------------------|------|------|
| 8/4/09 | Review letter from plaintiffs' counsel; Attempt to contact plaintiffs' counsel by telephone re: disclosures | .5 | Both |
| 8/13/09 | Prepare and review subpoenas and request for documents for AMEC and labs used by plaintiffs | 3 | Landfill |
| 8/14/09 | Telephone call to Kellie Jacobs, DPW, re: evidence; prepare for teleconference with Plaintiffs; prepare follow-up letter after telephone call with plaintiffs' counsel T. Campagne | 3 | Castle Dam\ |
| 8/17/09 | LR: Inverse condemnation; Teleconference with Kellie Jacobs, DPW, re: Streams Group [Castle Dam] | 1.5 | Castle Dam |
| 8/20/09 | Telephone call to Rod Andrews, Solid Waste re: Landfill; review evidence | 1.75 | Landfill |
| 8/27/09 | Review evidence re: Landfill | .5 | Landfill |
| 9/3/09 | Prepare letter to plaintiffs re: disclosures and defect in plaintiffs initial disclosure re: damages | 1.5 | |
| 9/8/09 | Review discovery documents provided in two boxes by plaintiffs | 4 | Both |
| 9/9/09 | LR: inverse condemnation | .5 | Landfill |
| 9/10/09 | Meeting with Solid Waste re: experts | 2.5 | Landfill |
| 9/11/09 | Review local rule re: motions | .5 | |
| 9/14/09 | Prepare letter to Plaintiffs re: attempt to meet and confer regarding defective disclosures and no response from plaintiffs; prepare papers for discovery dispute | 2.25 | Both |
| 9/18/09 | Meeting with POC for JPA re: status of case | 1.25 | Landfill |
| 9/24/09 | Meeting with Kellie Jacobs and Bob re: maps | 3.75 | Castle Dam |
| 9/25/09 | Review research regarding inverse condemnation; prepare letter to plaintiffs regarding amending answer with stipulation to allow amendment and amended answer | 3.5 | Landfill |
| 10/5/09 | Further prepare joint statement re: discovery dispute | 1.5 | Both |
| 10/9/09 | Prepare letter to plaintiffs re: discovery dispute including draft of motion to compel complete and proper disclosures and joint statement re: discovery dispute | 1 | Both |
| 10/15/09 | Review letter from Plaintiffs re: discovery dispute; Review easements; LR: inverse condemnation | 1.5 | Both |
| 10/19/09 | Meeting with Paul Fillebrown, Steve Reichmuth re: Castle Dam and easements | 1 | Castle Dam |
| 10/20/09 | Prepare response to Plaintiffs response to meet and confer letter re: discovery dispute [witnesses and damages] | 2.5 | Both |
| 10/30/09 | Review documents re: testing | 1.25 | Landfill |
| 10/30/09 | Site visit with Kellie Jacobs [DPW] and take photographs of Castle Dam area | 2.5 | Castle Dam |
| 11/2/09 | Meeting with Rod Andrews and Jerry Lawrie, Solid | 2 | Landfill |

|  | Waste, re: Landfill tests |  |  |
|---|---|---|---|
| 11/3/09 | Final motion to compel a more complete statement of damages and witnesses and motion for leave to amend answer (re: Landfill) | 2 | Both |
| 11/17/09 | Meeting with Rod Andrews, Jerry Lawrie and Sam Chandler [DPW] re: Landfill | 2.5 | Landfill |
| 11/23/09 | Prepare letter to plaintiffs re: Joint Statement | .25 | Both |
| 11/25/09 | Legal research | 1 |  |
| 12/1/09 | Review plaintiffs' opposition to motion for leave to file third amended complaint | 1.75 | Landfill |
| 12/2/09 | LR: motion to compel and review opposition to motion to compel | 3 | Both |
| 12/3/09 | Prepare Reply to opposition to motion to compel damages statement | 4 | Both |
| 12/4/09 | Prepare reply to opposition to motion for leave to file amended answer | 1.25 | Landfill |
| 12/7/09 | Prepare letter to plaintiffs re: joint statement re: discovery dispute and changes suggested by plaintiffs | .5 | Both |
| 12/11/09 | Meeting with experts in Sacramento | 9.5 | Landfill |
| 12/14/09 | Review draft Joint Statement re: discovery dispute from Plaintiffs; letter to plaintiffs regarding changes to joint statement re: discovery dispute; review letter from Plaintiffs re: changes to joint statement | 1 | Both |
| 12/17/09 | Evaluate evidence re: Landfill | 1.5 | Landfill |
| 12/18/09 | Appear at motion for leave to amend and motion to compel | 3.5 | Both |
| 1/11/10 | Review evidence and respond to PRA; attempt to call Wiley Driskill re: PRA | 3.25 | Landfill |
| 1/22/10 | Review order on motion for leave and denying motion to compel; LR: objection | .75 | Both, especially Landfill. |
| 2/5/10 | Telephone call to appraiser Bob Arnold | .5 | Landfill |
| 2/10/10 | Prepare discovery | 3 | Both |
| 2/11/10 | Prepare letter to plaintiffs re: discovery | 3 | Both |
| 2/17/10 | Review letter and depo notices from Plaintiffs; | 1 | Both |
| 2/18/10 | LR: Environmental Issues | 2.75 | Landfill |
| 2/19/10 | Prepare for conf with experts, Meeting with Bob Arnold [appraiser]; Telephone call to Sam Chandler re: Deps | 3.25 | Landfill |
| 2/22/10 | Prepare letter to plaintiffs re: discovery; Meeting with witnesses | 2.25 | Both |
| 2/25/10 | Letter to J. Campagne re: depositions; prepare for deps | 1 | Both |
| 2/26/10 | Telephone call to Patrick Sullivan re: expert opinions | .5 | Landfill |
| 3/1/10 | Meeting with Fillebrown re: upcoming deposition; Review evidence | 4 | Landfill |

| Date | Description | Hours | Category |
|---|---|---|---|
| 3/2/10 | Meeting with Paul Fillebrown and Bob Smith; LR: Discovery; Meeting with Kellie Jacobs re: upcoming deposition; prepare letter to Campagne re deps; review ltr from Plaintiffs re: AMEC powerpoint and Bert Crane Sr. | 5 | Both |
| 3/3/10 | Meeting with Scott Johnston and Bill Nicholson re: upcoming depositions; prepare Chronology of events; Attn to documentary evidence | 4.5 | Landfill |
| 3/4/10 | Meeting with witnesses re: upcoming depositions; prepare ltr to plaintiffs re: deps and Bert Crane Sr. | 3 | Landfill |
| 3/5/10 | Meeting with Jerry Lawrie re: upcoming deposition | .75 | Landfill |
| 3/8/10 | Prepare for and attend deposition of Supervisor Kelsey in Fresno; review ltr from plaintiffs re: Bert Crane Sr. dep | 4.25 | Landfill |
| 3/9/10 | Attend dep of Johnston; prepare for expert disclosure | 8 | Landfill |
| 3/10/10 | Prepare for dep with Fillebrown; Prepare for Deps of Plaintiffs; Attend Pecchenino dep; meet with Lawrie | 7.75 | Landfill |
| 3/11/10 | Attend Fillebrown Dep in Fresno | 7 | Landfill |
| 3/12/10 | Travel to/from and attend deps of Lawrie and Jacobs in Fresno | 8 | Landfill |
| 3/18/10 | CW experts Pat Sullivan, Randy Bardini, Steve Rough | 3 | Landfill |
| 3/19/10 | Site Visit; meet with witnesses and experts | 2.5 | |
| 3/23/10 | Conference with Sam Chandler re: witnesses | .5 | Landfill |
| 3/24/10 | Research re: Discovery referee; prepare for dep of expert; Attn to inverse condemnation issues | 4.25 | Landfill |
| 3/25/10 | Prepare for Deps; Meeting with Witnesses; prepare exhibits | 3.5 | Both |
| 3/26/10 | Attn to exhibits; further prepare for deps | 4.25 | Both |
| 3/29/10 | Prepare for deps; RD: prod; Telephone call from JPA POC | 5.25 | Landfill |
| 3/30/10 | Prepare for and attend deposition of Mary Crane Couchman | 8 | Both |
| 3/31/10 | Prepare for and attend Deposition of Bert Crane | 8 | Both |
| 4/1/10 | Meeting with Jim Brown, Brad Smith and Paul Fillebrown re: status of case | .75 | Landfill |
| 4/2/10 | Prepare for and attend depo of Karen Crane-McNab | 4 | |
| 4/6/10 | LR: trespass and strict liability | 2.25 | Landfill |
| 4/7/10 | LR: Environmental Health, witnesses | 5.25 | Landfill |
| 4/8/10 | LR: trespass and strict liability | 1.25 | Landfill |
| 4/14/10 | Call to Mr. Cavallero re: pictures of Castle Dam area | .25 | Castle Dam |
| 4/19/10 | Telephone call to Bob Arnold re: scope of opinions | .25 | Landfill |
| 4/20/10 | Attention to appraisal issue | .25 | Landfill |
| 4/26/10 | Conference with witnesses; Telephone call to Environmental Health; Telephone call to Pat Sullivan re: opinion | 2.5 | Landfill |

| Date | Description | Hours | Matter |
|---|---|---|---|
| 4/27/10 | Attn to testing; teleconference with EH; letter to Justin re: testing | 1 | Landfill |
| 4/29/10 | Discovery including testing; prepare letter re: conference call w/ Judge; Telephone call to Pat Sullivan re: testing; Telephone call to Sam Chandler | 6 | Landfill |
| 4/30/10 | Attn discovery; Letter to Plaintiff and Court re: discovery dispute; Telephone call to Paul Fillebrown; Teleconference with Judge Snyder re: discovery dispute; review confirming ltr from plaintiffs | 6 | Landfill |
| 5/3/10 | Telephone call from POC for JPA re: status of case | 1 | Landfill |
| 5/3/10 | Telephone call to experts re: testing; Prepare ltr to Plaintiffs re: drilling | 1 | Landfill |
| 5/4/10 | Telephone call from Assessor Office re: assessor maps of Crane properties; Telephone call to Terry Allen re: photographs of 2006 flood | 3 | Castle Dam |
| 5/5/10 | Further prepare re: landfill issues | 2 | Landfill |
| 5/11/10 | Telephone call to Wayne Pearce re: opinions | .5 | Landfill |
| 5/12/10 | Meeting with Randolph Bardini re: landfill and flowage | 1.5 | Landfill |
| 5/14/10 | Prepare for trial – review contracts; LR: strict Liability; teleconference and research re: crop loss | 5 | Both |
| 5/19/10 | Telephone call to experts re: opinions | 3.75 | Landfill |
| 5/20/10 | Review Damian report | 2.25 | Landfill |
| 5/23/10 | Telephone call to Bob Arnold re: opinions | .5 | Landfill |
| 5/24/10 | Prepare expert disclosure | 3 | Both |
| 5/25/10 | Conference with MID | 2 | Castle Dam |
| 5/26/10 | Travel to San Bruno (Federal Archives) for copies of eminent domain cases | 11 | Castle Dam |
| 5/27/10 | Review plaintiffs expert disclosure | 1.75 | Both |
| 5/28/10 | LR: Discovery, experts | 6.5 | Both |
| 6/1/10 | LR: experts; Telephone call to experts; meeting with Bob Arnold | 5 | Landfill |
| 6/2/10 | LR: motion to strike; prepare letter to plaintiff re: expert disclosure dispute | 4.75 | Landfill |
| 6/3/10 | Telephone call to experts; prepare letter to plaintiff re: expert disclosures | 6.75 | Landfill |
| 6/4/10 | Receive ltr from plaintiffs; prepare response ltr re: experts; review property info; meeting with employees | 5 | Landfill |
| 6/7/10 | LR: experts | .5 | Landfill |
| 6/8/10 | Evaluate evidence | 2 | Landfill |
| 6/9/10 | Review and investigate permits; review ltr from plaintiffs; LR: experts; prepare response ltr regarding experts | 5.75 | Landfill |
| 6/10/10 | Teleconference with Pat Sullivan; | .25 | Landfill |
| 6/10/10 | Meeting with Kellie Jacobs re: witnesses | 1.25 | Castle Dam |
| 6/10/10 | Conference with Arnold and research re: limitations | 1 | Landfill |

| 6/11/10 | LR: experts | 3.25 | Landfill |
|---|---|---|---|
| 6/14/10 | Prepare summary judgment motion | 4.25 | Both |
| 6/15/10 | Continue to prepare summary judgment motion including facts and index depos | 3.75 | Both |
| 6/16/10 | Further prepare motion for summary judgment, depo indexes | 5.5 | Both |
| 6/17/10 | Telephone call to Patrick Sullivan re: opinions, review report | 1.25 | Landfill |
| 6/17/10 | Prepare ltr to Plaintiffs re: deps; Telephone call to Patrick Sullivan re: opinions | 1.25 | Landfill |
| 7/1/10 | Prepare Dep notice of experts; witness prep and review | 1.25 | Both |
| 7/2/10 | Meeting with Bill Nicholson; TC Pat re: preparing expert questions | 3 | Landfill |
| 7/5/10 | Dictate Bert Crane depo index for MSJ | .75 | Both |
| 7/6/10 | Telephone call from JPA POC | .75 | Landfill |
| 7/6/10 | TC Kellie Jacobs; attempt to located Ted Selb; | .75 | Castle Dam |
| 7/6/10 | Index Crane Dep; Prepare for Lien Dep; LR: atty-client privilege | 5 | Both |
| 7/6/10 | Review letter from T. Campagne re: mediation | .25 | Both |
| 7/7/10 | Conference with Sam Chandler re: status; LC Wayne Pearce re: expert depos | .5 | Landfill |
| 7/7/10 | Review expert opinions and LR: evaluation; attend Dep. of Lien; Teleconference w/Bob Arnold re: Lien Dep | 5 | Landfill |
| 7/7/10 | LR: Atty-client privilege; Dictate depo index of Mary Crane Couchman | 2.5 | Both |
| 7/8/10 | Prepare for deps of experts | 6 | Landfill |
| 7/9/10 | Prepare for expert deps; Travel to Fresno for Ross Dep | 8.5 | Landfill |
| 7/12/10 | Review 3rd report; Telephone call to Wayne Pearce re: expert report; Meeting with Steve Reichmuth re: testing; RD: Crane Dep; Teleconference w/ SCS re: Docs to produce; begin work on expert motion; LR: inverse condemnation; Teleconference w/Pat Sullivan and Wayne Pearce | 7.5 | Landfill |
| 7/12/10 | Meeting w/ Steve Reichmuth and Kellie Jacobs Re: Castle Dam/Canal Creek | 2 | Castle Dam |
| 7/13/10 | Telephone call to Kellie Jacobs re: Canal Creek/Castle Dam | .75 | Castle Dam |
| 7/13/10 | Meeting with Bill Nicolson; prepare for Dep; travel to/from Fresno and attend dep of Reichmuth; ltr to plaintiffs withdrawing Nicholson as expert | 6.25 | Landfill |
| 7/13/10 | Work on motion to exclude experts; prepare for Souther Dep | 1 | Landfill |
| 7/14/10 | Prepare for deps; travel to Fresno and Attend Souther Dep; return; Telephone call to Patrick Sullivan re: deps | 8.5 | Landfill |
| 7/15/10 | Teleconference with SCS; Conference w/Sam Chandler | 1.75 | Landfill |

|         |                                                                                                                |       |            |
|---------|----------------------------------------------------------------------------------------------------------------|-------|------------|
|         | re: Deps; Telephone call from Wayne Pearce re: Souther Dep                                                     |       |            |
| 7/15/10 | Prepare Draft motion for Sanctions                                                                             | 7.75  | Both       |
| 7/15/10 | LR: experts; Meeting with Sam Chandler [Solid Waste]                                                           | .5    | Landfill   |
| 7/15/10 | Receive correspondence from Crane re: testing; Conference with Randy Bardini re: reduced flow at Landfill      | 1.5   | Landfill   |
| 7/16/10 | Telephone call to Pat Sullivan; Conference with Solid Waste; Travel to Fresno and attend Sullivan and Bert Crane Deps; return | 10.25 | Landfill   |
| 7/19/10 | Conference with Sam Chandler; prepare motion to strike experts                                                 | 1.25  | Landfill   |
| 7/19/10 | LR: motion to strike; Prepare meet and confer letter                                                           | 4     | Landfill   |
| 7/20/10 | prepare motion to compel; RD: lien Dep; LR: clean water act; Conference with atty for JPA                      | 2.25  | Landfill   |
| 7/23/10 | PR motion to strike; LR: clean water act                                                                       | 1     | Landfill   |
| 7/24/10 | Attn to mo; LR: 404; Prepare ltr to plaintiffs' counsel re; mediation                                          | 1.25  | Landfill   |
| 7/27/10 | Prepare motion to strike experts                                                                               | 1     | Landfill   |
| 7/27/10 | prepare motion for summary judgment                                                                            | .5    | Both       |
| 7/28/10 | Prepare motion for summary judgment; receive correspondence from Plaintiffs; draft response                    | 1     | Both       |
| 8/2/10  | Meeting with Sam Chandler re: status                                                                           | .25   | Landfill   |
| 8/2/10  | LR: re dam regulations                                                                                         | 1.5   | Castle Dam |
| 8/3/10  | Prepare separate statement for motion for summary judgment                                                     | 2     | Both       |
| 8/4/10  | Further prepare motion for summary judgment separate statement                                                 | 2.5   | Both       |
| 8/9/10  | Telephone call to Raymond Barsch of Reclamation Board                                                          | .25   | Castle Dam |
| 8/10/10 | Further prepare motion for summary judgment                                                                    | 2.75  | Both       |
| 8/11/10 | Further prepare motion for summary judgment, P&A's                                                             | 1     | Both       |
| 8//12/10| Further motion for summary judgment                                                                            | 1     | Both       |
| 8/13/10 | LR: motion for summary judgment and inverse condemnation; investigation re: appraiser; prepare motion for summary judgment | 2     | Both       |
| 8/15/10 | Further prepare motion for summary judgment                                                                    | 2     | Both       |
| 8/16/10 | Further prepare motion for summary judgment; research re: drilling                                             | .5    | Both       |
| 8/17/10 | Prepare letter to plaintiffs' counsel re motion for summary judgment; further prepare motion for summary judgment | 5     | Both       |
| 8/18/10 | Review plaintiffs' opp to mo. to strike experts; Prepare summary judgment motion                               | 4.75  | Both       |
| 8/19/10 | Further prepare motion for summary judgment                                                                    | 6     | Both       |

| Date | Description | Hours | Matter |
|---|---|---|---|
| 8/20/10 | Review plaintiffs' opposition to motion to strike experts; Prepare motion for summary judgment; | 5.25 | Both |
| 8/20/10 | Telephone call to Steve Reichmuth re: castle dam | .5 | Castle Dam |
| 8/23/10 | Prepare reply to opp to mo. to strike experts; Prepare summary judgment motion | 3 | Both |
| 8/24/10 | Prepare motion for summary judgment; Prepare declarations in support; Telephone call to Reclamation Board re: review their docs | 4 | Both |
| 8/25/10 | Telephone call to Reclamation Board re: permits; | .5 | Castle Dam |
| 8/25/10 | Further prepare motion for summary judgment | 5 | Both |
| 8/26/10 | Further prepare motion for summary judgment; Prepare motion to strike plaintiffs' experts | 6.5 | Both |
| 8/27/10 | Further prepare motion for summary judgment; prepare reply mo. to strike plaintiffs' experts | 9.5 | Both |
| 8/30/10 | Further prepare motion for summary judgment; review ltr from plaintiffs | 6.75 | Both |
| 8/31/10 | Further prepare motion for summary judgment; Meeting with Kellie Jacobs re: Castle Dam/Canal Creek; prepare ltr to plaintiffs | 7.25 | Castle Dam |
| 9/1/10 | Final declarations in support of motion for summary judgment; Meeting with Hisham Eltal; Meeting with Solid Waste; review P&A's | 7.75 | Castle Dam |
| 9/2/10 | Further prepare motion for summary judgment; conference with witnesses, review declarations | 6 | Both |
| 9/2/10 | Prepare for hearing on motion to strike plaintiffs' experts | 2 | Landfill |
| 9/3/10 | Travel to/from and attend motion to strike plaintiffs' experts | 4 | Landfill |
| 9/3/10 | Further prepare motion for summary judgment | 4.75 | Both |
| 9/6/10 | Further prepare motion for summary judgment | 2 | Both |
| 9/7/10 | Prepare order on motion to strike; Final and file motion for summary judgment | 11.5 | Both |
| 9/8/10 | Final motion for summary judgment | 1.5 | Both |
| 9/9/10 | Prepare request for retroactive leave to file motion for summary judgment in excess of 25 pages | .75 | Both |
| 9/10/10 | Prepare Rule 11 motion | .5 | Both |
| 9/13/10 | Further prepare Rule 11 motion; ltr to plaintiffs re: proposed order on motion for sanctions | 1 | Both |
| 9/14/10 | Further prepare Rule 11 motion | 2.75 | Both |
| 9/15/10 | Attn to reply to MSJ; Prepare Rule 11 mo and MSJ | 6 | Both |
| 9/16/10 | Further prepare Rule 11 motion | 1 | Both |
| 9/17/10 | Review objections filed by plaintiffs to order on motion for sanctions; dictate letter re: Rule 11 motion | 3 | Both |
| 9/17/10 | Prepare response to objections to order | 1.5 | Both |
| 9/22/10 | Prepare reply to motion for summary judgment; | 1.25 | Both |

|          | Receive documents (permits)                                                                                                                                   |      |          |
|----------|---------------------------------------------------------------------------------------------------------------------------------------------------------------|------|----------|
| 9/24/10  | Prepare objections and reply in anticipation of opposition to motion for summary judgment                                                                     | 1.5  | Both     |
| 9/24/10  | Telephone call to Patrick Sullivan re: MSJ (x2)                                                                                                               | 1.5  | Landfill |
| 9/27/10  | Prepare anticipated reply to Opp. To MSJ; dep experts: research; LR: motion for summary judgment                                                              | 2.25 | Both     |
| 9/28/10  | Prepare anticipated reply to MSJ                                                                                                                              | .75  | Both     |
| 9/29/10  | Further Prepare Reply to MSJ                                                                                                                                  | 1    | Both     |
| 10/5/10  | Prepare reply and objections to motion for summary judgment; telephone calls to/from experts at SCS                                                           | 9    | Both     |
| 10/6/10  | Final reply to opp. to motion for summary judgment and evidentiary objections                                                                                 | 8.5  | Both     |
| 10/8/10  | Receive correspondence from J. Campagne re: Rule 11                                                                                                           | .75  | Both     |
| 10/13/10 | Receive and review order re: MSJ                                                                                                                              | 5.5  | Both     |
| 10/14/10 | Prepare mandatory settlement conference statement then Teleconference with J. Campagne and Judge Snyder re: cancelling MSC; Telephone call from Robert Haden of JPA re: status | 1.75 | Both     |
| 10/15/10 | LR: Landfill taking                                                                                                                                           | .5   | Landfill |
| 10/15/10 | Review ltr from plaintiffs re: damages                                                                                                                        | .5   | Both     |
| 10/19/10 | Prepare joint Pretrial statement                                                                                                                              | 3.25 | Both     |
| 10/22/10 | Further prepare joint pretrial statement                                                                                                                      | 2.25 | Both     |
| 10/25/10 | Prepare joint pretrial statement; find witnesses; Prepare motions in limine re: inv. Cond.                                                                    | 1    | Both     |
| 10/26/10 | LR: Gov. Code 835.4                                                                                                                                           | .25  | Landfill |
| 10/27/10 | Prepare for trial: motions in limine re: Lien, Meeting with Solid Waste re: Landfill management                                                               | 1.5  | Landfill |
| 10/27/10 | Telephone call to Pat Sullivan to alert experts re: trial                                                                                                     | .25  | Both     |
| 10/28/10 | Prepare joint Pretrial statement                                                                                                                              | 2.5  | Both     |
| 10/29/10 | Further LR re: inv. Cond.; Prepare joint pretrial statement; ltr to plaintiffs re: joint pretrial statement                                                   | 8    | Both     |
| 11/1/10  | PR for trial: joint statement; Telephone call to State Reclamation Brd re: permits, site visit to landfill and surrounding areas                              | 5    | Both     |
| 11/2/10  | Evaluate evidence; Conference with state employees; Prepare pretrial statement; Teleconference with Pat Sullivan; LR: landfill                                | 9.75 | Both     |
| 11/3/10  | Further prepare joint statement; Prepare letter to J. Campagne re: tender; prepare letter to plaintiffs re: joint statement                                   | 6.5  | Both     |
| 11/4/10  | Prepare for trial; organize evidence and work on disclosure                                                                                                   | 2    | Both     |
| 11/5/10  | Prepare for trial – evaluate evidence and work on exhibit lists; coordinate with experts; research re: appraisal standard                                     | 6.25 | Both     |

| | | | |
|---|---|---|---|
| 11/8/10 | Telephone call with Wiley Driskill re: Joint statement | 1 | Both |
| 11/8/10 | Joint statement | 2.25 | Both |
| 11/9/20 | Prepare for trial – review evidence re: china cabin | .75 | Both |
| 11/15/10 | Travel to/from and attend pretrial conference in Fresno | 4.5 | Both |
| 11/17/10 | Teleconference with Kellie Jacobs | 1.75 | Castle Dam |
| 11/18/10 | Prepare for trial | 2 | Both |
| 11/19/10 | Prepare for trial | 1.5 | Both |
| 11/22/10 | Prepare for trial: prepare motion in limine re: Souther; Conference with Steve Rough re: BAI's | 5.5 | Landfill |
| 11/23/10 | Motions in limine | .75 | Both |
| 11/24/10 | Motions in limine | 2.75 | Both |
| 12/2/10 | Prepare for trial – email Ward Taber re: docs; index Kellie Jacobs Dep | 2.5 | Castle Dam |
| 12/2/10 | Teleconference re: Eminent domain lit records | .5 | Castle Dam |
| 12/3/10 | Prepare for trial – prepare opposition to motions in limine; teleconference w/ Wayne Pearce; dictate Ross depo index; dictate Johnston depo index | 4.75 | Landfill |
| 12/6/10 | Prepare for trial – index Johnston depo | 1.25 | Both |
| 12/7/10 | Prepare for trial; ltr to plaintiffs re: gas collection system | 3.25 | Landfill |
| 12/9/10 | Prepare for trial | 2.25 | Both |
| 12/10/10 | Prepare for trial – index Souther dep | 3.25 | Landfill |
| 12/13/10 | Prepare opposition to motions in limine; prepare for trial – index Souther depo | 3.25 | Landfill |
| 12/14/10 | Telephone call from POC from JPA | .5 | Landfill |
| 12/15/10 | Teleconference with Kellie Jacobs re: reclamation agency | .5 | Castle Dam |
| 12/16/10 | RD opposition to Lien motion in limine | .5 | Landfill |
| 12/16/10 | Conference with Kellie and Reclamation Board | 1.75 | Castle Dam |
| 12/17/10 | Review ltr from T. Campange re: Mediation | .5 | Both |
| 12/20/10 | Receive correspondence re: mediation; prepare for trial; conference with Rod Andrews re: Landfill; prepare response ltr re: mediation | 3.75 | Landfill |
| 12/21/10 | Teleconference with Wayne Pearce re: exhibits for trial | .5 | Landfill |
| 12/21/10 | Teleconference with SCS re: exhibits for trial | .75 | Landfill |
| 12/23/10 | Prepare for trial – review order and analyze order of trial; index Lien Depo | .5 | Landfill |
| 12/27/10 | Prepare for trial | 4.75 | Both |
| 12/28/10 | Prepare for trial – organize evidence | 2.75 | Both |
| 12/29/10 | Prepare for trial – prepare trial exhibits | 6.75 | Both |
| 1/2/11 | Prepare for trial – review exhibits; prepare trial brief; teleconference with Sullivan re: exhibits | 4.75 | Both |
| 1/4/11 | Review exhibits | 1.75 | Both |
| 1/5/11 | Attn to exhibits and review plaintiff's | 5 | Both |
| 1/6/11 | Exhibit conference; evaluate exhibits; prepare trial | 2.75 | Both |

|         |                                                                                                                                                                                                |       |            |
|---------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|------------|
|         | brief                                                                                                                                                                                          |       |            |
| 1/7/11  | Prepare trial brief                                                                                                                                                                            | 2.5   | Both       |
| 1/10/11 | Prepare for trial                                                                                                                                                                              | 5.5   | Both       |
| 1/11/11 | Prepare for trial – index Bert Crane Dep (II); attention to exhibits and court rules; Teleconference w/Royer(2); Teleconference w/Jacobs; Teleconference w/Johnston; conference with Andrews; review order | 6.5   | Both       |
| 1/12/11 | Drop off evidence to appraisal consultant McBay; attn to exhibit list; conference with McBay in Turlock                                                                                        | 6     | Landfill   |
| 1/13/11 | Prepare trial brief                                                                                                                                                                            | 4.5   | Both       |
| 1/14/11 | Prepare for trial – prepare trial brief, exhibit lists; conference with Johnston, Kellie Jacobs, and Len Marino                                                                                | 7.25  | Castle Dam |
| 1/17/11 | Travel to/from Sacramento, conference with experts                                                                                                                                             | 14    | Landfill   |
| 1/18/11 | Prepare for trial – prepare cross examination; teleconference with Damian; Teleconference with McBay; Teleconference with Judge; Teleconference with atty Sherwood re: appraisal issues        | 9     | Landfill   |
| 1/19/11 | Prepare for trial – conference with Reichmuth; teleconference with Sullivan; conference with Jacobs; conference with Marino                                                                    | 9.25  | Both       |
| 1/20/11 | Witness preparation; teleconference with McBay; conference with Johnston, Andrews, Yerrick, Hicham Eltal                                                                                       | 11.5  | Both       |
| 1/21/11 | Prepare witnesses: Sullivan, McCready, Bardini, Lawrie                                                                                                                                         | 5.25  | Landfill   |
| 1/21/11 | Prepare for trial – conference with McBay re: cross of Lien                                                                                                                                    | 1     | Both       |
| 1/21/11 | Prepare opening                                                                                                                                                                                | 1     | Both       |
| 1/22/11 | Prepare opening; prepare cross of Souther                                                                                                                                                      | 1     | Both       |
| 1/23/11 | Prepare for trial                                                                                                                                                                              | 8     | Both       |
| 1/24/11 | Trial and prepare for trial                                                                                                                                                                    | 15    | Both       |
| 1/25/11 | Trial and prepare for trial                                                                                                                                                                    | 15    | Both       |
| 1/26/11 | Trial and prepare for trial                                                                                                                                                                    | 11    | Both       |
| 1/28/11 | Conference with clients; LR: drainage                                                                                                                                                          | 8     | Landfill   |
| 1/29/11 | Prepare post-trial brief                                                                                                                                                                       | 1     | Landfill   |
| 1/30/11 | Prepare post-trial brief                                                                                                                                                                       | 1     | Landfill   |
| 1/31/11 | Prepare post-trial brief                                                                                                                                                                       | 6     | Landfill   |
| 2/1/11  | Prepare post-trial brief                                                                                                                                                                       | 2.25  | Both       |
| 2/2/11  | Attn to LR and post-trial brief                                                                                                                                                                | 6     | Both       |
| 2/8/11  | Review Decision; LR: Bill of costs;                                                                                                                                                            | 2.75  | Both       |
| 2/9/11  | Prepare supplemental P&A's for Rule 11 Motion                                                                                                                                                  | 1     | Both       |
| 2/10/11 | Further prepare supplemental P&A's for Rule 11 Motion                                                                                                                                          | 3.5   | Both       |
| 2/14/11 | Attn to motion for atty fees                                                                                                                                                                   | .25   | Both       |

| 2/15/11 | Prepare for costs | .25 | Both |
|---|---|---|---|
| 2/16/11 | Attn to Rule 11 motion and motion for atty fees | 4 | Both |
| 2/17/11 | Attn to Rule 11 motion; prepare suppl. P&A's | .5 | Both |
| 2/17/11 | Memo of costs | 1.75 | Both |
| 2/18/11 | Further prepare Rule 11 motion | 2.5 | Both |
| 2/22/11 | LR: 42 USC 1988 | 2 | Both |
| 2/23/11 | LR: atty fees; LR: bill of costs | 1.5 | Both |
| **TOTAL HOURS** | | **924.25** | |