Exhibit C

James N. Fincher, SBN 196837
Merced County Counsel
Roger S. Matzkind, SBN 77331
Chief Civil Litigator
James E. Stone, SBN 197803
Deputy County Counsel
2222 "M" Street, Room 309
Merced, California  95340
Tel - (209) 385-7564
Fax- (209) 726-1337

Attorneys for County of Merced

United States District Court

Eastern District of California

| | |
|---|---|
| Karen Crane-McNab, Bert Crane and Mary Crane Couchman., individuals; Karen Crane-McNab, LLC; Bert Crane Orchards, L.P.; Mary Crane Couchman Trust; and Mary Crane Couchman Family Partnership, L.P.,<br><br>Plaintiffs,<br><br>vs.<br><br>County of Merced, and Does 1 to 20,<br><br>Defendants. | Case No.  1:08-CV-01218-WBS-SMS<br><br>Declaration of James E. Stone<br><br><br>**Date:  April 13, 2011**<br>**Time:  10:30 a.m.**<br>**Courtroom:  TBA** |

I, James E. Stone, declare:

1. I am an attorney at law duly licensed to practice before all of the Courts of the State of California and am a Deputy County Counsel for the County of Merced and attorneys for the defendants herein.

2. I have been a licensed attorney in California since 1998.  After passing the bar, I was employed at Thomas A. Kendall and Associates in Orange County.  I then moved to Fresno and began working for Parichan, Renberg and Crossman.  I then worked for five years as a trial attorney with David J. Wells and Associates, in-house counsel for Farmers Insurance Company.  I was then a partner with the Stone Law Group in Fresno before coming to the Merced County Counsel's Office, where I have been for the past four and a half years.

1      3.     Unless otherwise stated, all matters stated herein are based upon my personal
2 knowledge, and if called upon, I could and would testify competently as to their veracity.
3 Those matters stated to be based upon my information and beliefs are believed by me to be
4 true.
5      4.     On November 15, 2010, after the pretrial conference in the Federal Court in
6 Fresno, Thomas Campagne, Justin Campagne, Roger S. Matzkind and I met in the
7 courthouse hallway to determine if there would be any value to mediation.  Thomas
8 Campagne stated that Mr. Souther had opined the gas extraction system being installed
9 would remedy any intrusion and that because of this, the trial would be 1 ½ days.  Mr.
10 Campagne asked for a copy of the BAI for the contract to document the work would be
11 done.  He was told there was no migration, but that the BAI would be provided, which was
12 public record.
13      5.     I have spent 200 hours on this case, as documented at Exhibit 1 to this
14 declaration.
15      I declare under penalty of perjury, under the laws of the United States of America, that
16 the foregoing is true and correct. Executed at Merced, California, on March 8, 2011.

                                       /s/ James E. Stone
                                       James E. Stone

2

Declaration of James E. Stone

# Exhibit 1

James E. Stone

| Dated | Description | Time |
|---|---|---|
| 5/26/10 | Travel to San Bruno (Federal Archives) for copies of eminent domain cases | 11.0 |
| 6/9/10 | Travel to San Bruno (Federal Archives) for more copies of eminent domain cases | 11.0 |
| 6/16/10 | Review reports by plaintiffs' experts | 2.5 |
| 7/23/10 | Review deposition of Phillip Ross | 2.5 |
| 7/23/10 | LR re: motion for sanctions | 4.5 |
| 7/26/10 | LR re: motion for sanctions | 5.5 |
| 8/17/10 | Review opposition to motion for sanctions | 1.5 |
| 8/24/10 | Work on reply to opposition to motion for sanctions | 6.5 |
| 8/25/10 | Work on reply to opposition to motion for sanctions | 4.5 |
| 8/26/10 | Work on reply to opposition to motion for sanctions | 5.5 |
| 8/27/10 | Complete work on reply to opposition to motion for sanctions | 3.5 |
| 8/27/10 | Prepare declaration in support of reply to opposition to motion for sanctions | 1.0 |
| 9/3/10 | Appear at hearing on motion for sanctions | 1.0 |
| 9/10/10 | LR re: Rule 11 motion | 2.0 |
| 9/14/10 | Review deposition of Timothy Souther | 2.0 |
| 9/14/10 | Review deposition of Jeffery Lien | 2.0 |

| | | |
|---|---|---|
| 9/16/10 | Review depositions of Bert Crane | 2.5 |
| 9/16/10 | Review deposition of Karen Crane-McNab | 1.5 |
| 9/16/10 | Review deposition of Mary Couchman | 1.5 |
| 9/29/10 | Review plaintiffs' opposition to motion for summary judgment | 2.0 |
| 9/29/10 | Review plaintiffs' separate statement of disputed facts | 1.5 |
| 10/1/10 | LR re: reply to opposition to motion for summary judgment | 3.5 |
| 10/4/10 | Prepare objections to declarations of plaintiffs' experts | 6.5 |
| 10/5/10 | Complete objections to declarations of plaintiffs' experts | 5.5 |
| 10/6/10 | Prepare objection to testimony of John McGill | 1.5 |
| 10/6/10 | Prepare response to plaintiffs' objection to defendant's experts | 5.5 |
| 10/13/10 | Review order on motion for summary judgment | 1.5 |
| 10/25/10 | Review order on motion for sanctions | 1.0 |
| 11/8/10 | Review joint pretrial statement | 1.0 |
| 11/15/10 | Attend pretrial conference | 1.0 |
| 11/18/10 | Review pretrial order | 1.0 |
| 11/24/10 | LR re: motions in limine to exclude plaintiffs' experts testimony | 3.5 |
| 11/24/10 | Review plaintiffs' motions in limine | 1.5 |
| 1/7/11 | Meeting with plaintiffs' counsel re: joint exhibits | 3.5 |
| 1/11/11 | Review order re: motions in limine | 1.0 |
| 1/14/11 | Review plaintiffs' trial | 1.5 |

|  | brief |  |
|---|---|---|
| 1/14/11 | Review plaintiffs' witness and exhibit lists | 1.0 |
| 1/18/11 | Meeting with witnesses/ Preparing for trial | 5.5 |
| 1/19/11 | Meeting with witnesses/ Preparing for trial | 6.0 |
| 1/20/11 | Meeting with witnesses/ Preparing for trial | 6.5 |
| 1/21/11 | Meeting with witnesses/ Preparing for trial | 7.0 |
| 1/24/11 | Trial | 8.0 |
| 1/25/11 | Trial | 8.0 |
| 1/26/11 | Trial | 8.0 |
| 1/27/11 | Trial | 4.5 |
| 1/31/11 | LR for post-trial brief | 4.5 |
| 2/1/11 | LR for post-trial brief | 4.0 |
| 2/8/11 | Review memorandum of decision | 1.0 |
| 2/14/11 | LR re: supplement to Rule 11 motion | 2.0 |
| 2/16/11 | LR re: motion for attorney's fees pursuant to 42 U.S.C. Section 1988 | 2.5 |
| 2/18/11 | Prepare notice of motion for attorney's fees pursuant to 42 U.S.C. Section 1988 | 1.0 |
| 2/22/11 | Work on points and authorities in support of motion for attorney's fees pursuant to 42 U.S.C. Section 1988 | 5.5 |
| 2/23/11 | Work on points and authorities in support of motion for attorney's fees pursuant to 42 U.S.C. Section 1988 | 6.0 |
| 2/24/11 | Complete points and authorities in support of motion for attorney's fees pursuant to 42 U.S.C. Section 1988 | 4.5 |
| TOTAL |  | 200 |