# Exhibit D

Assistant County Counsel
Richard S. Flores

Chief Civil Litigator
Roger S. Matzkind

Chief Deputy
Michael P. Calabrese

**MERCED**
**C O U N T Y**

**OFFICE OF THE COUNTY COUNSEL**
**JAMES N. FINCHER**
County Counsel

Sr. Deputy
James B. Tamalla

Deputies
Marianne M. Greene
Kimberly R. Helms
David A. Olsen
James E. Stone

December 7, 2010

Thomas Campagne
Campagne, Campagne & Lerner
1685 N. Helm Avenue
Fresno, CA 93727

  Re: *Crane-McNab, LLC, et al v. County of Merced*
    Case No. 1:08-CV-01218-LJO-SMS

Dear Mr. Campagne:

  During our post-pretrial conference conversation, I understood you to state your experts opined that (assuming there was any migration to your clients' property) the installation of the comprehensive gas collection system would remediate any such migration. You stated you did not know if the contract for the system had been approved by the Board of Supervisors. I also understood you to say your injunctive relief claim, at least, would be moot by reason of the system, and the trial could be completed in a day and a half.

  At your request, I have attached a copy of the BAI which approves the contract for, among other things, construction of the system. I understand the system will be fully operational this month.

  As always, should you desire to discuss this matter further, please do not hesitate to contact me.

Very truly yours,

James N. Fincher
Merced County Counsel

Roger S. Matzkind
Chief Civil Litigator

RSM/smp

Enclosure: As stated

2222 "M" Street, Room 309, Merced, CA 95340 Telephone: (209) 385-7564 Facsimile: (209) 726-1337

DPW No: _____
Budget Unit: 75400/87459 - 87895

**AGENDA ITEM**

TO: BOARD OF SU[PERVISORS]
THROUGH: COUNTY EXEC[UTIVE]
FROM: PAUL A. FILLE[BROWN]
VENDOR OR CONTRACTOR: [           ] INC.
PRODUCT OR SERVICE: [LANDFI]LL PHASE 1-4 FINAL CLOSURE, PHASE 5 [PARTIAL CLOSURE]

| | | | |
|---|---|---|---|
| TYPE | Construction | [AC]TION: New | No. 2009238 |
| Process | IFB | [Date of] last Competitive Process | 4/2/09 |
| Original Contract Date | | [Date of] last Action | 3/3/09 |

**SCOPE OF SERVICES/SUMMARY**

On September 22, 2009, the Board [of Supervisors] authorized the Department of Public Works to advertise the Highway 59 Landfill Phase 1-4 [Final Closure], Phase 5 Partial Closure project and set a Public Bid Opening for 3:00 PM on February 2[  ]. [Follo]wing are the results of said Bid Opening:

| Bidder | Amount |
|---|---|
| Wood Brothers, Inc. Le[moore, CA] | $3,341,496.00 |
| FCCI, Lodi, CA | $3,414,721.00 |
| Sukut Construction, Inc., [Santa] Ana, CA | $3,598,926.00 |
| Granite Construction, Fresno, CA | $3,654,999.00 |
| DeSilva Gates Construction, Dublin, CA | $3,742,609.00 |
| Teichert Construction, Turlock, CA | $3,753,032.20 |
| Env. Equip. Rental, Woodland Hills, CA | $4,115,136.00 |
| Sierra Equipment Rental, Glenn, CA | $4,176,316.00 |
| Papich Construction, Pismo, CA | $4,200,837.90 |

**REQUIRED REVIEW:**

- [X] Auditor-Controller
- [X] CEO
- [X] CEO-Budget
- [X] Counsel
- [ ] EEO Diversity
- [ ] Admin. Ser.,-Supp. Serv.
- [ ] Human Resources
- [X] Risk Mgmt
- [X] DPW-Admin.
- [X] DPW-Prof. Svc.
- [X] DPW-Road Div.
- [X] DPW-Solid Waste

**Department Contact/Phone:** Randy Bardini, Ext. 4641

**REQUEST/RECOMMENDATION/ACTION NEEDED:**

1) Award the Construction Contract in the amount of $3,341,496.00 to Wood Brothers, Inc., of Lemoore, CA for the Highway 59 Landfill Phase 1-4 Final Closure, Phase 5 Partial Closure project,
2) Authorize the Chairman of the Board of Supervisors to execute the Contract upon approval of County Counsel.

BOARD ACTION: 3/30/2010

CONTRACT NO: 2009238

TO: DPW, DAS

BOARD ORDER TO FOLLOW

CC - Dana Hertfelder
CC - Steve Rough
CC - Sam Chandler
CC - Pending Contr 754-
CC - Cheryl

**Highway 59 Landfill Phase 1-4 Final Closure, Phase 5 Partial Closure - Award**

| | |
|---|---|
| Budget Unit  75400 | Account Number  87459 / 87895 |
| Contract Period Beginning  3/30/10 | Ending  6/30/11  Months  15 |
| Total Contract Amount  $3,341,496.00 | Prior Contract Amount  $0.00 |
| Difference  $0.00 | Actual Expenditures  $0.00 |
| Budgeted Amount  $6,261,460.00 | Budget Transfer Attached  No |

Funding Source    Funding for the Phase 5 GCCS (Estimate $1,000,000.00) is included in Budget Unit 75400 Account 87459. Funding for Phase 1-4 Closure and Phase 1-4 GCCS (estimate $5,261,460) in included in Budget Unit 75400, Object Account 87895.

**Staffing Impact**    None by this action.

**Additional information if needed**
The second lowest bidder, FCCI, (Ford Construction Company, Inc.), has protested the bid award with regard to the Bid Bond submitted by Wood Brothers, Inc. The protest has been reviewed by County Counsel and it has been determined to be a minor irregularity which the County may waive. Based on this review, the DPW in conjunction with County Counsel is recommending that the contract be awarded to the lowest responsible bidder, Wood Brothers, Inc.