Exhibit E

THE LAW FIRM OF
## CAMPAGNE, CAMPAGNE & LERNER
A PROFESSIONAL CORPORATION

**ATTORNEYS**
THOMAS E. CAMPAGNE
JUSTIN T. CAMPAGNE
MARY F. LERNER
WILEY R. DRISKILL
BRANDON M. COLLET

AIRPORT OFFICE CENTER
1685 N. HELM AVENUE
FRESNO, CALIFORNIA 93727
EMAIL: cc@campagnelaw.com
TELEPHONE (559) 255-1637
FAX (559) 252-9617

December 17, 2010

**Via Facsimile (209) 726-1337**
**and U.S. Mail**

Roger S. Matzkind
County of Merced
2222 M Street
Merced, California 95340

> Re: *Karen Crane-McNab, LLC, et al. v. County of Merced*
> Inverse Condemnation
> USDC Eastern Dist. Case No. 1:08-CV-01218-LJO-SMS
> Our Reference Nos.: BN-53016; FN-7811

Dear Mr. Matzkind:

Thank you for sending me a copy of the BAI Contract for constructing a mediation gas collection system on the Westside.

With regard to the balance of your letter, I'll take it that you are trying to confirm your understanding of a private and confidential settlement conversation (that you and I and Justin had outside in the hallway after our appearance before Judge O'Neill at the pre-trial hearing). I think you may have some misunderstandings about what I was trying to convey. So let me continue with those private and confidential settlement discussions by now simply setting forth below in writing what I was trying to communicate in the hallway.

The first point I was trying to make to you was that I didn't understand (and I still don't) why the County of Merced told Judge O'Neill that the County was refusing to have a settlement meeting, either with a retired Judge/Mediator and/or with a Magistrate. I tried to explain my lack of understanding by expressing that the County of Merced is being sued for an injunction to stop migrations and for damages for past migrations, and for damages and legal fees under the inverse condemnation statute. I was trying to communicate that I didn't think the County would be able to pull off their argument that the <u>same</u> chemicals emitting south are just coincidentally found West. Particularly in light of the fact that it looked like the County was going to put in a Westside collection remediation system. Thus, I was suggesting that we go forward with a settlement conference as to the language of an injunction (as

THE LAW FIRM OF CAMPAGNE, CAMPAGNE & LERNER, A PROFESSIONAL CORPORATION

Roger Matzkind
December 17, 2010
Page 2

prayed for), with discussions of damages for pre-construction migrations, plus reasonable attorneys' fees.

Also, I was trying to express that at the only other appearance I have made in this case, namely at the Status Conference before Magistrate Judge Sandra Snyder, that both counsel in appearance for the County of Merced stipulated to not only attend early mediation, but formal mediation before a Magistrate if that was unsuccessful. In that regard, I had earlier sent the County Counsel's Office a list of 4 or 5 Judges to choose from for early Mediation. In short, what I was trying to express in the hallway is that I did not understand why the County had gone from wanting an early settlement conference to refusing any settlement conference at all, particularly in light of the Westside collection construction.

I would, therefore, as *"part and parcel"* my continuing efforts since the Scheduling Conference, and in furtherance of my prior letters giving you list of settlement Mediators to again suggest that the parties have a quick Settlement Conference to work out the injunction and/or damages and/or legal fees, or at least attempt to resolve this case as the County originally promised at the scheduling conference.

Very truly yours,

Campagne, Campagne & Lerner,
A Professional Corporation

*Dictated but not read*
*Prior to dispatch as*
*To expedite delivery.*

By Thomas E. Campagne

TEC:snw

cc:  Mr. Fincher
cc:  Mr. James E. Stone

F:\DATA\docs\McNab, Karen\Hwy. 57\Correspondence\Matzkind-Ltr-121610.doc

THE LAW FIRM OF
## CAMPAGNE, CAMPAGNE & LERNER
A PROFESSIONAL CORPORATION

**ATTORNEYS**
THOMAS E. CAMPAGNE
JUSTIN T. CAMPAGNE
MARY F. LERNER
WILEY R. DRISKILL

**LAW CLERKS**
BRANDON M. COLLET

## FAX TRANSMITTAL FORM

AIRPORT OFFICE CENTER
1685 N. HELM AVENUE
FRESNO, CALIFORNIA 93727
EMAIL: cc@campagnelaw.com
TELEPHONE (559) 255-1637
FAX (559) 252-9617

| TO: | Roger S. Matzkind | At Fax Number: | (209) 726-1337 |
|---|---|---|---|
| From: | Thomas E. Campagne | Date: | Friday, December 17, 2010 |
| Re (Our File Reference): | BN-53016 | Number of Pages (including this coversheet): | 3 |
| CC: | | | |

☐ For Your Review; no reply necessary   ☐ Please review and phone sender   ☐ Please Reply

**This Space for Message to Addressee:**

### CONFIDENTIALITY NOTE TO "WRONGFUL/MISTAKEN" RECEIVER
The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this facsimile is strictly prohibited. If you have received this message facsimile in error, please immediately notify us by telephone at (559) 255-1637 and return the original message to us at the address noted above via the United States Postal Service. Thank you.