Exhibit F

James N. Fincher, SBN 196837
Merced County Counsel
Roger S. Matzkind, SBN 77331
Chief Civil Litigator
Marianne O. Greene, SBN 153376
Deputy County Counsel
2222 "M" Street, Room 309
Merced, California 95340
Tel - (209) 385-7564
Fax- (209) 726-1337

Attorneys for County of Merced

United States District Court

Eastern District of California

| | |
|---|---|
| Karen Crane-McNab, Bert Crane and Mary Crane Couchman., individuals; Karen Crane-McNab, LLC; Bert Crane Orchards, L.P.; Mary Crane Couchman Trust; and Mary Crane Couchman Family Partnership, L.P., <br><br> Plaintiffs, <br><br> vs. <br><br> County of Merced, and Does 1 to 20, <br><br> Defendants. | Case No. 1:08-CV-01218-WBS-SMS <br><br> Declaration of Marianne M. Greene <br><br><br> **Date: April 13, 2011** <br> **Time: 10:30 a.m.** <br> **Courtroom: TBA** |

I, Marianne M. Greene, declare:

1.    I am an attorney at law duly licensed to practice before all of the Courts of the State of California and am a Deputy County Counsel for the County of Merced and attorneys for the defendants herein.

2.    Unless otherwise stated, all matters stated herein are based upon my personal knowledge, and if called upon, I could and would testify competently as to their veracity. Those matters stated to be based upon my information and beliefs are believed by me to be true.

3.    I have spent 143 hours on this case, as documented at Exhibit 1 to this declaration, starting June 30, 2009. I worked on examining responsive documents to and

1  compiling responsive documents for discovery motions.  I analyzed the history of past
2  government takings actions and the scope of easements reserved to the property owners.
3  I researched constitutional takings issues, flood easement law, wetlands and mitigation
4  issues related to land use entitlements, various dimensions of federal and state regulatory
5  requirements for dam maintenance.  I prepared extensive questions based on preliminary
6  groundwater testing results to determine whether to retain potential chemical
7  contamination experts.  I conducted CERCLA defense research during and after the trial.

      4.    I have been practicing law in the State of California since 1991 and have primarily specialized in environmental regulation and land use law, both in private and government settings.  During law school, before I passed the bar, I worked for the California State Attorney General offices as a research law clerk solely on cases involving state and federal toxic waste management and clean up laws.

      I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed at Merced, California, on March 8, 2011.

                            /s/ Marianne M. Greene
                            Marianne M. Greene

# Exhibit 1

Marianne M. Greene
Crane Hours Log
July 2009 to  Feb 2011

| Dated | Description | Time |
|---|---|---|
| 6/30/09 | 12(a)(6) Motion research | 1.5 |
| 7/1/09 | Discovery Mtn coord w/ Depts | 1.5 |
| 7/6/09 | Discovery Mtn analysis and review | 2.5 |
| 7/7/09 | Discovery Mtn rsrch and review | 3.5 |
| 7/9/09 | Discovery Mtn analysis and review | 7.0 |
| 7/10/09 | Discovery Mtn rsrch and review | 4.0 |
| 7/17/09 | Discovery Mtn Finalize | 1.5 |
| 7/23/09 | Review files and follow up on subpoena | 1.5 |
| 7/29/09 | Rsrch statutory defenses, civil procedure, and local rules | 5.0 |
| 7/30/09 | Rsrch and analyze subpoena, deeds and easements, and RFP | 1.5 |
| 7/31/09 | Rsrch and analyze subpoena, deeds and easements | 6.5 |
| 8/3/09 | Rsrch and analyze subpoena and deeds, including assessors records | 3.0 |
| 8/4/09 | Rsrch and analyze subpoena and deeds, including assessors records, start constitutional takings research | 3.0 |
| 8/5/09 | Rsrch con law takings, deeds and easements, and coord w/ PW | 6.5 |
| 8/13/09 | Rsrch defenses, con law takings | 1.0 |
| 8/18/09 | Rsrch defenses, con law takings | 2.5 |
| 9/2/09 | Review subpoena follow up | 0.5 |
| 9/8/09 | Analyze environmental mitigation and ACOE ops and mtnc manual | 7.5 |
| 9/9/09 | Analyze environmental mitigation and ACOE ops and mtnc manual | 6.5 |
| 9/10/09 | Mtg re Maps, Sullivan prep, subpoena, rvw easement language | 8.0 |
| 9/14/09 | Review case letter | 0.5 |
| 9/17/09 | Analyze maps | 0.5 |
| 9/23/09 | Review answer to discovery | 1.5 |
| 9/25/09 | General discovery and research | 1.5 |
| 9/28/09 | General discovery and research | 0.5 |
| 10/6/09 | Rsrch mitigation and easements | 4.0 |

| 10/8/09 | Rsrch mitigation and easements | 0.5 |
|---|---|---|
| 10/9/09 | Rsrch mitigation and easements | 2.0 |
| 10/12/09 | Rsrch easements and temp taking | 2.5 |
| 10/19/09 | Rsrch temp taking, easements, and coord meeting | 3.5 |
| 10/20/09 | Rsrch easements, and test results letter | 2.0 |
| 10/23/09 | Analyze wetlands mapping | 1.0 |
| 11/16/09 | Chemical expert discovery prep | 4.0 |
| 11/17/09 | Chemical expert discovery prep | 5.0 |
| 11/18/09 | Chemical expert discovery prep | 2.5 |
| 12/1/09 | Settlement discovery and chemical discovery prep, and sec. 815 rsrch | 4.0 |
| 12/10/09 | Chemical expert discovery questions | 1.0 |
| 12/17/09 | Motions research and drafting | 1.5 |
| 1/15/10 | Analyze China Cabin Ranch | 1.5 |
| 1/25/10 | PI- State v. Fed Research | 1.0 |
| 2/19/10 | Real Estate Appraisal | 1.5 |
| 3/9/10 | Env Health Research | 0.5 |
| 3/11/10 | Map Analysis | 1.5 |
| 4/20/10 | Settlement Lttr & Memo | 4.5 |
| 4/27/10 | Settlement Strategy Mtg & Review TTs Letter | 0.5 |
| 7/23/10 | Research Wetland & Enviro Regulations | 4.0 |
| 7/26/10 | Research CWA 404 Caselaw. | 2.0 |
| 10/21/10 | Research on Odor as Trespass | 1.0 |
| 11/3/10 | Takings Research | 2.5 |
| 11/4/10 | Review Cabin Ranch EIR | 0.5 |
| 11/5/10 | Case Document Management | 1.0 |
| 11/10/10 | Constitutional Law Research | 1.5 |
| 1/25/11 | CERCLA Research | 3.5 |
| 1/26/11 | CERCLA Research and memo | 0.5 |
| 2/1/11 | CERCLA Research | 2.5 |
| 2/2/11 | CERCLA Research | 0.5 |
|  | **TOTAL** | **143** |