James N. Fincher, SBN 196837
Merced County Counsel
Roger S. Matzkind, SBN 77331
Chief Civil Litigator
Marianne O. Greene, SBN 153376
Deputy County Counsel
2222 "M" Street, Room 309
Merced, California 95340
Tel - (209) 385-7564
Fax- (209) 726-1337

Attorneys for County of Merced

United States District Court

Eastern District of California

| | |
|---|---|
| Karen Crane-McNab, Bert Crane and Mary Crane Couchman., individuals; Karen Crane-McNab, LLC; Bert Crane Orchards, L.P.; Mary Crane Couchman Trust; and Mary Crane Couchman Family Partnership, L.P., <br><br> Plaintiffs, <br><br> vs. <br><br> County of Merced, and Does 1 to 20, <br><br> Defendants. | Case No. 1:08-CV-01218-WBS-SMS <br><br> Supplemental Declaration of Roger S. Matzkind in Support of Defendant's Motion for Attorney Fees |

I, Roger S. Matzkind, declare:

1. I am an attorney at law duly licensed to practice before all of the Courts of the State of California, and this court. I am the Chief Civil Litigator in the Office of County Counsel, County of Merced, attorneys for the defendants herein.

2. Unless otherwise stated, all matters stated herein are based upon my personal knowledge, and if called upon, I could and would testify competently as to their veracity. Those matters stated to be based upon my information and belief are believed by me to be true.

3. I have prepared this supplemental declaration pursuant to the court's order of April 28, 2011, document 227. Exhibit A details and supplements my previous

declaration submitted in support of the motion for attorney fees fairly setting forth my time spent on this case.  It totals 63.75 hours, at $325 an hour, for a total of $20,718.75.

4. There is no declaration from attorney Marianne Greene, as she did not participate with regards to the motions at issue.

5. All of the work referenced in the exhibit attached hereto is proper and was necessary for the defense of this case.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed at Merced, California, on May 2, 2011.
.

          /s/ Roger S. Matzkind
Roger S. Matzkind