# Exhibit A

# Roger S. Matzkind
## Supplemental Breakdown of Attorney Time
## Karen Crane-McNab, LLC, et al. v. County of Merced

| Dated | Description | Time |
|---|---|---|
| 3/1/11 | Review order on bill of costs | .25 |
| 3/1/11 | Letter to Plaintiffs re: motions and further prepare post-trial motions | .75 |
| 3/4/11 | Further prepare post-trial motions | 1.75 |
| 3/7/11 | Further prepare Rule 11 motion supplemental P&A's | 5 |
| 3/8/11 | Further prepare post-trial motions; evaluate appellate standing; review documents from 9th Cir. | 1.75 |
| 3/18/11 | Prepare opposition to motion for new trial, etc. | 2.75 |
| 3/24/11 | Further prepare opposition to plaintiffs' motion | 1.75 |
| 3/29/11 | Further prepare opposition to plaintiffs motion | 9 |
| 3/30/11 | Further prepare opposition to plaintiffs' post-trial motion | 3.75 |
| 3/30/11 | Prepare replies to opp. to motions for sanctions and atty fees | .5 |
| 3/31/11 | Further prepare reply to opp. to sanctions motion | 5.5 |
| 4/1/11 | LR: relative to defendant motions; further prepare replies | 5.25 |
| 4/4/11 | Further prepare replies to opp. to defendant motions | 7.5 |
| 4/5/11 | Further prepare replies to opp. to defendant motions | 5.5 |
| 4/6/11 | Further prepare and final replies to opp. to defendant post-trial motions | 3 |
| 4/8/11 | Review plaintiffs' replies | 3 |
| 4/11/11 | Prepare for hearing on post-trial motions | 1 |
| 4/12/11 | Prepare for hearing on post-trial motions | 2.75 |
| 4/13/11 | Travel to Fresno and attend post-trial motions [no charge for return travel] | 3 |
| **TOTAL HOURS** | | **63.75** |
| | 63.75 hours (at $325/hr) | **$20,718.75** |