# Exhibit A

**James E. Stone**
**Supplemental Breakdown of Attorney Time**
**Karen Crane-McNab, LLC, et al. v. County of Merced**

| Dated | Description | Time |
|---|---|---|
| 3/7/11 | Review Plaintiffs' combined FRCP 52(b), FRCP 59 and FRCP 60 motions | 1.0 |
| 3/7/11 | Research re: FRCP 52(b), FRCP 59 and FRCP 60 | 4.5 |
| 3/8/11 | Begin draft of response to Plaintiffs' combined FRCP 52(b), FRCP 59 and FRCP 60 motions | 6.0 |
| 3/9/11 | Research and draft of response to Plaintiffs' motions re: misplaced reliance on FRCP 52(b), FRCP 59 and FRCP 60 | 6.0 |
| 3/10/11 | Complete research and draft of response re: misplaced reliance of FRCP 52(b), FRCP 59 and FRCP 60 | 2.0 |
| 3/10/11 | Research and draft of response to Plaintiffs' motions re:  requested changes to Memorandum of Decision and Judgment | 5.5 |
| 3/11/11 | Complete research and draft of response re: requested changes to Memorandum of Decision and Judgment | 3.0 |
| 3/11/11 | Research and draft of response to Plaintiffs' motions re: inverse condemnation claim, including nominal damages and injunction | 4.5 |
| 3/14/11 | Continue research and draft of response re: inverse condemnation claim, including nominal damages and injunction | 7.0 |
| 3/15/11 | Complete research and draft of response re; inverse condemnation claim, including nominal damages and injunction | 4.0 |
| 3/15/11 | Research and draft of response to Plaintiffs' motions re: negligence claim | 2.5 |
| 3/17/11 | Complete research and draft response to Plaintiffs' motions re: negligence claim | 4.5 |
| 3/17/11 | Research and draft of response to Plaintiffs' motions re: nuisance claim, including nuisance per se and injunction | 3.5 |
| 3/18/11 | Complete research and draft of response to Plaintiffs' motions re: nuisance claim, including nuisance per se and injunction | 6.5 |
| 3/24/11 | Research and draft of response to Plaintiffs' motions re: trespass claim | 1.0 |
| 3/24/11 | Research and draft of response to Plaintiffs' motions re: declaratory relief | 1.0 |
| 3/24/11 | Research and draft of response to Plaintiffs' motions re: injunction regarding flood debris | 1.5 |
| 3/24/11 | Research and draft of response to Plaintiffs' motions re: Plaintiffs' requests for injunctions | 4.5 |
| 3/28/11 | Review and revise response to Plaintiffs' combined FRCP 52(b), FRCP 59 and FRCP 60 motions | 3.0 |
| 3/28/11 | Complete response to Plaintiffs' combined FRCE 52(b), FRCP 59 and FRCP 60 motions | 1.0 |
| 3/31/11 | Review Plaintiffs' opposition to Rule 11 motion | 1.0 |

| | | |
|---|---|---|
| 3/31/11 | Begin draft of reply to Plaintiffs' opposition to Rule 11 motion | 4.5 |
| 4/1/11 | Research and draft of reply to Plaintiffs' opposition to Rule 11 motion re: supplemental memorandum | 5.0 |
| 4/4/11 | Research and draft of reply to Plaintiffs' opposition to Rule 11 motion re: summary judgment and Rule 11 | 6.0 |
| 4/5/11 | Research and draft of reply to Plaintiffs' opposition to Rule 11 motion re: sanctionable allegations | 7.0 |
| 4/6/11 | Complete draft of reply to Plaintiffs' opposition to Rule 11 motion | 4.0 |
| 4/13/11 | Appear at hearing on Plaintiffs' combined FRCP 52(b), FRCP 59 and FRCP 60 motions and Defendant's motions for attorney's fees and sanctions (no charge for travel) | 1.0 |
| **TOTAL** | | **101** |
| | **101 hours ($250/hr)** | **$25,250** |